page 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 0 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

10-17-17

1:17-cv-1367 SEC P

To whom it may concern:

My name is Travis Chautin. I am currently incarcerated at LaSalle Correctional Center, 15976 Hwy 165, Olla, LA 71465. I was wondering if you can refer me to a lawyer, pro Bono service, or any other legal service to conduct both a civil and criminal suits against this facility. I need to advise you of the seriousness of whatever issues I am wanting to file. I am a diabetic that lost limbs since I was arrested. I do not receive medication at an appropriate time and it causes problems with my health. I have not had my blood sugar checked in 6 month, even though it was brought to their attention. There is absolutely 0 handicap accessibility in the cell that I am in, and have to rely on other inmates to assist me with all activities. There is only 2 wheelchairs in the whole facility of about 800. We get 0 privilages that general population has. No access to recreation, a TV, microwave, updates to facility policies, nothing at all. I sit in my bed, and the only thing I am allowed to do is eat and sleep. I am dependant on my cellmates so I cannot even use the toilet when I want to, and I am barely able to say that I am allowed to sleep because they keep taking my blanket from me every day. Administration doesn't even take blankets from general population. These living conditions are so horrible, that no person should be treated this way. Being this at it may, I would also like the address to every media outlet in the state. Newspapers, TV, radio stations, everything. And to show that this is

page 2

not some bullshit prank, the entire cell that I am in is attatching their signatures as witness to these events. Thank you for your time. I should also advise you that I am indigent. If I cannot retain a paid lawyer for whatever reason, I will need an indigent lawyer. And I would like the address to the capitol building.

Shane Jeanunne
Kevin P~ sr.
Melvin L Gardner
Jritter Metthews
Austin Dyess

Sincerely
Travis Chautin