RECEIVED

NOV 1 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**TRAVIS CHAUTIN**                    **CASE NO. 1:17-CV-01367 SEC P**

**VERSUS**                              **CHIEF JUDGE DRELL**

**LASALLE CORRECTIONAL CENTER**    **MAGISTRATE JUDGE PEREZ-MONTES**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I.   **Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
     Yes ☐     No ☑

b.   If your answer to the preceding question is "Yes," provide the following information.

     1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

          _____

          _____

     2.   Name the parties to the previous lawsuit(s):

          Plaintiffs: _____

          Defendants: _____

     3.   Docket number(s): _____

     4.   Date(s) on which each lawsuit was filed: _____

     5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

          _____

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
     Yes ☐     No ☑

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.    **Name of institution and address of current place of confinement:**

    LaSalle Correctional Center

    b.    Is there a prison grievance procedure in this institution?
    Yes ☑    No ☐

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?  Yes ☑ No ☒

            If "Yes," what is the Administrative Remedy Procedure number?

            I have not recived a responce.

        2.    If you did not file an administrative grievance, explain why you have not done so.

        _____

        _____

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

        _____

        _____

        Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

    a.    Name of Plaintiff:    Travis Chautin

*(Rev. 5/1/13)*

Address: _N/A_

b.  Defendant, _LaSalle Correctional Center_, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Additional defendants: _____

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I am filing a lawsuit because they are going against my Bill of Rights by taking our blankets 5 days a week with no replacements. They have no wheelchair accesible van. I have not been to dibite call in six months even though I am suppose to go every day. The cell I am housed in is all protective custidy, and we are not clowed T.V. Microwave or phone privilages as the dorms. By DOC rules we are clloded 1 hour of rec. time and we do not recive this.

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

My charges Droped

**VI.    Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this  13  day of  November , 20 17 .

N/A
_____
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

_____
**Signature of Plaintiff**