**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**TRAVIS CHAUTIN**                                   **CASE NO. 1:17-CV-01367 SEC P**

**VERSUS**                                                 **JUDGE DRELL**

**LASALLE CORRECTIONAL CENTER**     **MAGISTRATE JUDGE PEREZ-MONTES**

**<u>MEMORANDUM ORDER</u>**

On October 20, 2017, a complaint was filed by the plaintiff.  On October 26, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to submit a signed certificate regarding the prison account.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on October 20, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2018.

Joseph H. L. Perez-Montes
United States Magistrate Judge