# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **TRAVIS CHAUTIN** | **CASE NO. 1:17-CV-01367 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **LASALLE CORRECTIONAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

On October 20, 2017, a complaint was filed by the plaintiff.  On October 26, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to submit a signed certificate regarding the prison account.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on October 20, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this __29th__ day of __January__, 2018.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge